UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RO T. HO,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

          Defendants.

Case No.  C05-5475JKA

ORDER

The court has reviewed Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1), and at this time finds insufficient evidence to rule on the application.

Specifically, by filing the application, plaintiff is asserting he does not have the funds or assets sufficient to cover the cost of the filing fee ($250.00).  The application is incomplete.  Plaintiff has not answered the questions in the application.  Accordingly, the application does not set forth Plaintiff's monthly financial obligations or disclose his financial position.

The court finds the application does not set forth sufficient evidence or facts for the court to rule on the application to proceed without paying the filing fee.  Plaintiff is directed to file either an amended application or a supplemental **brief  by no later than August 26, 2005.**  Otherwise, the court may deny the application.

The Clerk is directed to mail a copy of this Order to plaintiff.

DATED this 26th day of July, 2005.

                                                 /s/ J. Kelley Arnold
                                               J. Kelley Arnold
                                             United States Magistrate Judge

ORDER
Page - 1